| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br>Bar Number: 297798<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>**Mark Anthony Cirillo**<br><br>Debtor(s). | CASE NO.: **2:25-bk-13281**<br>CHAPTER: **13**<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

<u>Declaration of Debtor 1</u>

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: **05/05/2025**    **Mark Anthony Cirillo**
                        Printed name of Debtor 1                                  Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                          Printed name of Debtor 2           Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                Page 2                                **F 1002-1.EMP.INCOME.DEC**

**Project Angel Food**
922 Vine St
Los Angeles, CA 90038

paylocity

Direct Deposit Advice

| | Check Date | Voucher Number |
|---|---|---|
| | January 3, 2025 | 6550 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| The Bancorp Bank | C | ***3540 | 734.36 |
| US BANK NA | S | ***2382 | 734.35 |
| **Total Direct Deposits** | | | **1,468.71** |

167105    210    910145    6550    6576    167105

**Mark Cirillo**
2640 Vineyard Ave.
Los Angeles, CA  90016

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Project Angel Food

**Mark Cirillo**                                                                                                     **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **910145** | Fed Taxable Income | **1,808.92** | Check Date | **January 3, 2025** | Voucher Number | **6550** |
| Location | **210** | Fed Filing Status | **S** | Period Beginning | **December 14, 2024** | Net Pay | **1,468.71** |
| Hourly | **$24.50** | State Filing Status | **S-0** | Period Ending | **December 27, 2024** | Total Hours Worked | **69.5002** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| Overtime | 36.75 | 0.6667 | 24.50 | 24.50 |
| Regular | 24.50 | 68.8335 | 1,686.42 | 1,686.42 |
| Training H | 24.50 | 4.00 | 98.00 | 98.00 |
| **Gross Earnings** | | **73.5002** | **1,808.92** | **1,808.92** |

| **Taxes** | **Amount** | **YTD** |
|---|---|---|
| CA | 45.15 | 45.15 |
| CASDI-E | 21.71 | 21.71 |
| FITW | 134.97 | 134.97 |
| MED | 26.23 | 26.23 |
| SS | 112.15 | 112.15 |
| **Taxes** | **340.21** | **340.21** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| No Deductions | | |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
|---|---|---|---|
| The Bancorp Bank | C | ***3540 | 734.36 |
| US BANK NA | S | ***2382 | 734.35 |
| **Total Direct Deposits** | | | **1,468.71** |

| **Time Off** | **Available to Use** | **Available** |
|---|---|---|
| Awarded | 0.00 | 0.00 |
| Floating | 24.00 | |
| Sick Time | 7.38 | 7.38 |
| Supplemen | 80.00 | 80.00 |
| Other | 6.16 | 6.16 |

Project Angel Food | 922 Vine St  Los Angeles, CA 90038 | (323) 845-1800 | FEIN: 95-4115863 | CA: 910-4867-8

**Project Angel Food**
922 Vine St
Los Angeles, CA 90038

Direct Deposit Advice



| | Check Date | | Voucher Number |
|---|---|---|---|
| | January 17, 2025 | | 6761 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| The Bancorp Bank | C | ***3540 | 770.42 |
| US BANK NA | S | ***2382 | 770.42 |
| **Total Direct Deposits** | | | **1,540.84** |

167105    210    910145   6761   6781        **167105**

**Mark Cirillo**
2640 Vineyard Ave.
Los Angeles, CA  90016

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Project Angel Food

**Mark Cirillo**                                                                                    **Earnings Statement**

| Employee ID | **910145** | Fed Taxable Income | **1,908.35** | Check Date | **January 17, 2025** | Voucher Number | **6761** |
| Location | **210** | Fed Filing Status | **S** | Period Beginning | **December 28, 2024** | Net Pay | **1,540.84** |
| Hourly | **$24.50** | State Filing Status | **S-0** | Period Ending | **January 10, 2025** | Total Hours Worked | **75.6167** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| Overtime | 36.75 | 4.55 | 167.20 | 191.70 |
| Regular | 24.50 | 71.0667 | 1,741.15 | 3,427.57 |
| Training H | | | | 98.00 |
| **Gross Earnings** | | **75.6167** | **1,908.35** | **3,717.27** |

| **Taxes** | **Amount** | **YTD** |
|---|---|---|
| CA | 51.71 | 96.86 |
| CASDI-E | 22.90 | 44.61 |
| FITW | 146.91 | 281.88 |
| MED | 27.67 | 53.90 |
| SS | 118.32 | 230.47 |
| **Taxes** | **367.51** | **707.72** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| No Deductions | | |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
|---|---|---|---|
| The Bancorp Bank | C | ***3540 | 770.42 |
| US BANK NA | S | ***2382 | 770.42 |
| **Total Direct Deposits** | | | **1,540.84** |

| **Time Off** | **Available to Use** | **Available** |
|---|---|---|
| Awarded | 0.00 | 0.00 |
| Floating | 24.00 | |
| Sick Time | 11.07 | 11.07 |
| Supplemen | 80.00 | 80.00 |
| Other | 9.24 | 9.24 |

Project Angel Food | 922 Vine St  Los Angeles, CA 90038 | (323) 845-1800 | FEIN: 95-4115863 | CA: 910-4867-8

**Project Angel Food**
922 Vine St
Los Angeles, CA 90038

paylocity

Direct Deposit Advice

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | January 31, 2025 | 6866 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| The Bancorp Bank | C | ***3540 | 767.57 |
| US BANK NA | S | ***2382 | 767.57 |
| **Total Direct Deposits** | | | **1,535.14** |

167105    210    910145    6866    6882        167105

**Mark Cirillo**
2640 Vineyard Ave.
Los Angeles, CA  90016

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Project Angel Food

**Mark Cirillo**                                                                                                    Earnings Statement

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **910145** | Fed Taxable Income | **1,902.82** | Check Date **January 31, 2025** | Voucher Number **6866** |
| Location | **210** | Fed Filing Status | **S** | Period Beginning **January 11, 2025** | Net Pay **1,535.14** |
| Hourly | **$24.50** | State Filing Status | **S-0** | Period Ending **January 24, 2025** | Total Hours Worked **77.0499** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| Overtime | 36.75 | 2.80 | 102.90 | 294.60 |
| Regular | 24.50 | 74.2499 | 1,819.14 | 5,246.71 |
| Training H | | | | 98.00 |
| **Gross Earnings** | | **77.0499** | **1,922.04** | **5,639.31** |

| **Taxes** | **Amount** | **YTD** |
|---|---|---|
| CA | 51.34 | 148.20 |
| CASDI-E | 23.06 | 67.67 |
| FITW | 146.24 | 428.12 |
| MED | 27.87 | 81.77 |
| SS | 119.17 | 349.64 |
| **Taxes** | **367.68** | **1,075.40** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| 403B | 19.22 | 19.22 |
| **Deductions** | **19.22** | **19.22** |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
|---|---|---|---|
| The Bancorp Bank | C | ***3540 | 767.57 |
| US BANK NA | S | ***2382 | 767.57 |
| **Total Direct Deposits** | | | **1,535.14** |

| **Time Off** | **Available to Use** | **Available** |
|---|---|---|
| Awarded | 0.00 | 0.00 |
| Floating | 24.00 | |
| Sick Time | 14.76 | 14.76 |
| Supplemen | 80.00 | 80.00 |
| Other | 12.32 | 12.32 |

Project Angel Food | 922 Vine St  Los Angeles, CA 90038 | (323) 845-1800 | FEIN: 95-4115863 | CA: 910-4867-8

**Project Angel Food**
922 Vine St
Los Angeles, CA 90038

paylocity

Direct Deposit Advice

**Check Date**   **Voucher Number**
February 14, 2025   6977

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| The Bancorp Bank | C | ***3540 | 816.56 |
| US BANK NA | S | ***2382 | 816.56 |
| **Total Direct Deposits** | | | **1,633.12** |

167105   210   910145   6977   6990      167105

**Mark Cirillo**
2640 Vineyard Ave.
Los Angeles, CA  90016

*Non Negotiable - This is not a check - Non Negotiable*

## Non Negotiable - This is not a check - Non Negotiable

### Project Angel Food

**Mark Cirillo**                                                                                     **Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | **910145** | Fed Taxable Income | **2,038.05** | Check Date | **February 14, 2025** | Voucher Number **6977** |
| Location | **210** | Fed Filing Status | **S** | Period Beginning | **January 25, 2025** | Net Pay **1,633.12** |
| Hourly | **$24.50** | State Filing Status | **S-0** | Period Ending | **February 7, 2025** | Total Hours Worked **82.5168** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Overtime | 36.75 | 3.0167 | 110.87 | 405.47 |
| Regular | 24.50 | 79.5001 | 1,947.77 | 7,194.48 |
| Training H | | | | 98.00 |
| **Gross Earnings** | | **82.5168** | **2,058.64** | **7,697.95** |

| Taxes | Amount | YTD |
|---|---|---|
| CA | 60.27 | 208.47 |
| CASDI-E | 24.70 | 92.37 |
| FITW | 162.47 | 590.59 |
| MED | 29.85 | 111.62 |
| SS | 127.64 | 477.28 |
| **Taxes** | **404.93** | **1,480.33** |

| Deductions | Amount | YTD |
|---|---|---|
| 403B | 20.59 | 39.81 |
| **Deductions** | **20.59** | **39.81** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| The Bancorp Bank | C | ***3540 | 816.56 |
| US BANK NA | S | ***2382 | 816.56 |
| **Total Direct Deposits** | | | **1,633.12** |

| Time Off | Available to Use | Available |
|---|---|---|
| Awarded | 0.00 | 0.00 |
| Floating | 24.00 | |
| Sick Time | 18.45 | 18.45 |
| Supplemen | 80.00 | 80.00 |
| Other | 15.40 | 15.40 |

Project Angel Food | 922 Vine St  Los Angeles, CA 90038 | (323) 845-1800 | FEIN: 95-4115863 | CA: 910-4867-8

**Project Angel Food**
922 Vine St
Los Angeles, CA 90038



Direct Deposit Advice

**Check Date**                      **Voucher Number**
February 28, 2025                   7083

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| The Bancorp Bank | C | ***3540 | 721.87 |
| US BANK NA | S | ***2382 | 721.86 |
| **Total Direct Deposits** | | | **1,443.73** |

167105    210    910145  7083  7090        167105

**Mark Cirillo**
2640 Vineyard Ave.
Los Angeles, CA  90016

Non Negotiable - This is not a check - Non Negotiable

---

**Non Negotiable - This is not a check - Non Negotiable**

### Project Angel Food

**Mark Cirillo**                                                                         **Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | **910145** | Fed Taxable Income | **1,776.69** | Check Date **February 28, 2025**    Voucher Number **7083** |
| Location | **210** | Fed Filing Status | **S** | Period Beginning **February 8, 2025**    Net Pay **1,443.73** |
| Hourly | **$24.50** | State Filing Status | **S-0** | Period Ending **February 21, 2025**    Total Hours Worked **72.7999** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Overtime | 36.75 | 0.8999 | 33.06 | 438.53 |
| Regular | 24.50 | 71.90 | 1,761.58 | 8,956.06 |
| Training H | | | | 98.00 |
| **Gross Earnings** | | **72.7999** | **1,794.64** | **9,492.59** |

| Taxes | Amount | YTD |
|---|---|---|
| CA | 43.02 | 251.49 |
| CASDI-E | 21.54 | 113.91 |
| FITW | 131.11 | 721.70 |
| MED | 26.02 | 137.64 |
| SS | 111.27 | 588.55 |
| **Taxes** | **332.96** | **1,813.29** |

| Deductions | Amount | YTD |
|---|---|---|
| 403B | 17.95 | 57.76 |
| **Deductions** | **17.95** | **57.76** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| The Bancorp Bank | C | ***3540 | 721.87 |
| US BANK NA | S | ***2382 | 721.86 |
| **Total Direct Deposits** | | | **1,443.73** |

| Time Off | Available to Use | Available |
|---|---|---|
| Awarded | 0.00 | 0.00 |
| Floating | 24.00 | |
| Sick Time | 22.14 | 22.14 |
| Supplemen | 80.00 | 80.00 |
| Other | 18.48 | 18.48 |

Project Angel Food | 922 Vine St  Los Angeles, CA 90038 | (323) 845-1800 | FEIN: 95-4115863 | CA: 910-4867-8



**Project Angel Food**
922 Vine St
Los Angeles, CA 90038

Direct Deposit Advice

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | March 14, 2025 | 7187 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| The Bancorp Bank | C | ***3540 | 676.32 |
| US BANK NA | S | ***2382 | 676.32 |
| **Total Direct Deposits** | | | **1,352.64** |

167105   210   910145   7187   7190      167105

**Mark Cirillo**
2640 Vineyard Ave.
Los Angeles, CA  90016

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Project Angel Food

**Mark Cirillo**                                                                                          **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **910145** | Fed Taxable Income | **1,661.02** | Check Date | **March 14, 2025** | Voucher Number | **7187** |
| Location | **210** | Fed Filing Status | **S** | Period Beginning | **February 22, 2025** | Net Pay | **1,352.64** |
| Hourly | **$24.50** | State Filing Status | **S-0** | Period Ending | **March 7, 2025** | Total Hours Worked | **79.08** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| Overtime | 36.75 | 1.43 | 52.68 | 491.21 |
| Regular | 24.50 | 77.65 | 1,902.48 | 10,858.54 |
| Training H | | | | 98.00 |
| **Gross Earnings** | | **79.08** | **1,955.16** | **11,447.75** |

| **Taxes** | | **Amount** | **YTD** |
|---|---|---|---|
| CA | | 37.58 | 289.07 |
| CASDI-E | | 20.17 | 134.08 |
| FITW | | 117.23 | 838.93 |
| MED | | 24.37 | 162.01 |
| SS | | 104.20 | 692.75 |
| **Taxes** | | **303.55** | **2,116.84** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| 403B | 19.55 | 77.31 |
| Dental Ins | 22.68 | 22.68 |
| Life Ins | 4.83 | 4.83 |
| Medical Ins | 247.95 | 247.95 |
| Vision | 3.96 | 3.96 |
| **Deductions** | **298.97** | **356.73** |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
|---|---|---|---|
| The Bancorp Bank | C | ***3540 | 676.32 |
| US BANK NA | S | ***2382 | 676.32 |
| **Total Direct Deposits** | | | **1,352.64** |

| **Time Off** | **Available to Use** | **Available** |
|---|---|---|
| Awarded | 0.00 | 0.00 |
| Floating | 24.00 | |
| Sick Time | 25.83 | 25.83 |
| Supplemen | 80.00 | 80.00 |
| Other | 21.56 | 21.56 |

Project Angel Food | 922 Vine St  Los Angeles, CA 90038 | (323) 845-1800 | FEIN: 95-4115863 | CA: 910-4867-8

**Project Angel Food**
922 Vine St
Los Angeles, CA 90038



Direct Deposit Advice

| | Check Date | Voucher Number |
|---|---|---|
| | March 28, 2025 | 7294 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| The Bancorp Bank | C | ***3540 | 702.56 |
| US BANK NA | S | ***2382 | 702.55 |
| **Total Direct Deposits** | | | **1,405.11** |

167105    210    910145  7294  7290         167105

**Mark Cirillo**
2640 Vineyard Ave.
Los Angeles, CA  90016

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Project Angel Food

**Mark Cirillo**    Earnings Statement

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **910145** | Fed Taxable Income | **1,731.30** | Check Date | **March 28, 2025** |
| Location | **210** | Fed Filing Status | **S** | Period Beginning | **March 8, 2025** |
| Hourly | **$24.50** | State Filing Status | **S-0** | Period Ending | **March 21, 2025** |

| | | | | |
|---|---|---|---|---|
| Voucher Number | **7294** | | | |
| Net Pay | **1,405.11** | | | |
| Total Hours Worked | **73.65** | | | |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| Floating H | 24.50 | 8.00 | 196.00 | 196.00 |
| Overtime | 36.75 | 2.10 | 77.17 | 568.38 |
| Regular | 24.50 | 71.55 | 1,752.98 | 12,611.52 |
| Training H | | | | 98.00 |
| **Gross Earnings** | | **81.65** | **2,026.15** | **13,473.90** |

| **Taxes** | | **Amount** | **YTD** |
|---|---|---|---|
| CA | | 40.68 | 329.75 |
| CASDI-E | | 21.02 | 155.10 |
| FITW | | 125.66 | 964.59 |
| MED | | 25.40 | 187.41 |
| SS | | 108.60 | 801.35 |
| **Taxes** | | **321.36** | **2,438.20** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| 403B | 20.26 | 97.57 |
| Dental Ins | 22.68 | 45.36 |
| Life Ins | 4.83 | 9.66 |
| Medical Ins | 247.95 | 495.90 |
| Vision | 3.96 | 7.92 |
| **Deductions** | **299.68** | **656.41** |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
|---|---|---|---|
| The Bancorp Bank | C | ***3540 | 702.56 |
| US BANK NA | S | ***2382 | 702.55 |
| **Total Direct Deposits** | | | **1,405.11** |

| **Time Off** | **Available to Use** | **Available** |
|---|---|---|
| Awarded | 0.00 | 0.00 |
| Floating | 16.00 | |
| Sick Time | 29.52 | 29.52 |
| Supplemen | 80.00 | 80.00 |
| Other | 24.64 | 24.64 |

Project Angel Food | 922 Vine St  Los Angeles, CA 90038 | (323) 845-1800 | FEIN: 95-4115863 | CA: 910-4867-8



**Project Angel Food**
922 Vine St
Los Angeles, CA 90038

Direct Deposit Advice

**Check Date** April 11, 2025

**Voucher Number** 7499

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| The Bancorp Bank | C | ***3540 | 691.33 |
| US BANK NA | S | ***2382 | 691.32 |
| **Total Direct Deposits** | | | **1,382.65** |

167105  210  910145  7499  7491    167105

**Mark Cirillo**
2640 Vineyard Ave.
Los Angeles, CA  90016

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Project Angel Food

**Mark Cirillo**    **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **910145** | Fed Taxable Income | **1,701.20** | Check Date | **April 11, 2025** |
| Location | **210** | Fed Filing Status | **S** | Period Beginning | **March 22, 2025** |
| Hourly | **$24.50** | State Filing Status | **S-0** | Period Ending | **April 4, 2025** |

| | | | | |
|---|---|---|---|---|
| Voucher Number | **7499** | | | |
| Net Pay | **1,382.65** | | | |
| Total Hours Worked | **79.8334** | | | |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| Floating H | | | | 196.00 |
| Overtime | 36.75 | 3.2501 | 119.45 | 687.83 |
| Regular | 24.50 | 76.5833 | 1,876.30 | 14,487.82 |
| Training H | | | | 98.00 |
| **Gross Earnings** | | **79.8334** | **1,995.75** | **15,469.65** |

| **Taxes** | **Amount** | **YTD** |
|---|---|---|
| CA | 39.35 | 369.10 |
| CASDI-E | 20.65 | 175.75 |
| FITW | 122.05 | 1,086.64 |
| MED | 24.96 | 212.37 |
| SS | 106.71 | 908.06 |
| **Taxes** | **313.72** | **2,751.92** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| 403B | 19.96 | 117.53 |
| Dental Ins | 22.68 | 68.04 |
| Life Ins | 4.83 | 14.49 |
| Medical Ins | 247.95 | 743.85 |
| Vision | 3.96 | 11.88 |
| **Deductions** | **299.38** | **955.79** |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
|---|---|---|---|
| The Bancorp Bank | C | ***3540 | 691.33 |
| US BANK NA | S | ***2382 | 691.32 |
| **Total Direct Deposits** | | | **1,382.65** |

| **Time Off** | **Available to Use** | **Available** |
|---|---|---|
| Awarded | 0.00 | 0.00 |
| Floating | 16.00 | |
| Sick Time | 33.21 | 33.21 |
| Supplemen | 80.00 | 80.00 |
| Other | 27.72 | 27.72 |

Project Angel Food | 922 Vine St  Los Angeles, CA 90038 | (323) 845-1800 | FEIN: 95-4115863 | CA: 910-4867-8