**Fill in this information to identify the case:**

Debtor 1: MARK ANTHONY CIRILLO

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Central District of California (Los Angeles)

Case number: 25-13281

## Official Form 410S1
# Notice of Mortgage Payment Change    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** JPMorgan Chase Bank, National Association

**Court claim no.** (if known): _____

**Date of payment change:**
Must be at least 21 days after date of this notice: 06/11/2025

**New total payment:**
Principal, interest, and escrow, if any: $ 0.00

**Last 4 digits** of any number you use to identify the debtor's account: 8 6 8 1

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ _____     New escrow payment: $ _____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   HELOC

   Current interest rate: 8.10000 %     New interest rate: 0.00000 %

   Current principal and interest payment: $ 497.00     New principal and interest payment: $ 0.00

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change:

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

Debtor MARK ANTHONY CIRILLO  Case number (if known)
       First Name  Middle Name  Last Name

**Part 4:    Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Raymond Reynolds  
   Signature

Date 05/19/2025

Print: Raymond Reynolds  
   First Name    Middle Name    Last Name

Title: Authorized Officer

Company: JPMorgan Chase Bank, N.A.

Address: Chase Records Center Attn: Correspondence Mail  
   Number    Street  
700 Kansas Lane, Mail Code LA4-5555  
   Address 2  
Monroe    LA    71203  
   City    State    ZIP Code

Contact phone: 866-243-5851

Email: PCN_Escalations@chase.com

# UNITED STATES BANKRUPTCY COURT

Central District of California (Los Angeles)

Chapter 13   No. 25-13281
Judge: JULIA W. BRAND

In re:
MARK ANTHONY CIRILLO

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before May 20, 2025 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid

Debtor:   By U.S. Postal Service First Class Mail Postage Prepaid
MARK ANTHONY CIRILLO
2640 VINEYARD AVE
LOS ANGELES CA 90016

By U.S. Postal Service First Class Mail Postage Prepaid
N/A

Debtor's Attorney:   By U.S. Postal Service First Class Mail Postage Prepaid
BENJAMIN HESTON
NEXUS BANKRUPTCY
3090 BRISTOL STREET #400
COSTA MESA CA 92626

By U.S. Postal Service First Class Mail Postage Prepaid
N/A

Trustee:   By U.S. Postal Service First Class Mail Postage Prepaid
NANCY K CURRY
TRUSTEE
1000 WILSHIRE BLVD SUITE 870
LOS ANGELES CA 90017

/s/Raymond Reynolds
Authorized Officer
JPMorgan Chase Bank, N.A.

This payment change notice reflects a change in interest rate, and a change in payment, on the debtor's account that is the subject of this Payment Change Notice. Specifically, Chase has voluntarily reduced the debtor's interest rate on the account to 0.00% as of the effective date listed on this Payment Change Notice. While this reduction remains in effect, Chase will waive the interest the debtor would otherwise be obligated to pay under the terms of the account. This means that Chase will not require the debtor to pay the difference between the rate due under the account and the reduced 0.00% interest rate during the term of the bankruptcy proceeding. This reduced rate will remain in effect until the earlier to occur of the following:  (a) the Court enters an order granting Chase relief from the automatic stay, (b) the debtor's bankruptcy proceeding is dismissed, (c) the debtor's bankruptcy proceeding is converted to a Chapter 7 bankruptcy case, or (d) the debtor is discharged by the Bankruptcy Court in his or her Chapter 13 case. Upon the occurrence of any of these events, the debtor's interest rate and related payment will revert back to the higher rate and the payment determined in accordance with the account agreement. If during the term of the bankruptcy proceeding, the account agreement required the debtor to begin making principal payments, the principal payments will continue to be required as per the terms of the account agreement. This change does not constitute a permanent modification of the payment obligations under the terms of the promissory notes, mortgage, HELOC or loan agreement or other loan documents.