Jacqueline D. Serrao, SBN 266389
IDEA Law Group, PC
4530 S. Eastern Avenue – Suite 10
Las Vegas, NV 89119
California Debt Collection License No.11455-99
Phone: 877-353-2146
Email: jserrao@idealawgroupllc.com
BNK@idealawgroupllc.com

Attorney for Creditor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Mark Anthony Cirillo,<br><br>                Debtor(s). | CASE NO: 2:25-bk-13281-WB<br><br>CHAPTER: 13<br><br>**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**<br><br>Date:    July 16, 2025<br>Time:   10:00 A.M.<br>Courtroom:   1375<br><br>United States Bankruptcy Court<br>255 E Temple St., Los Angeles, CA 90012<br><br>Judge: The Honorable Julia W. Brand |

      Creditor, NewRez LLC *d/b/a* Shellpoint Mortgage Servicing as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as owner trustee for CSMC 2018-RPL6 Trust (hereafter called "Creditor") hereby submits this objection to the Chapter 13 Plan proposed by the Debtor, Mark Anthony Cirillo (the "Debtor") and in support thereof states as follows:

      1.    On April 21, 2025, the Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United State Code, 11 U.S.C. §§ 101 et seq. *See* Docket No. 1.

2. On or about December 6, 2007, Debtor, borrowed the sum of $417,000.00, from Indymac Bank, F.S.B., A Federally Chartered Savings Bank (the "Original Lender") pursuant to a Note (the "Note"). A copy of the Note is attached as **Exhibit A.**

3. On or about December 6, 2007, Debtor executed a Deed of Trust (the "Deed of Trust") granting the Original Lender and Mortgage Electronic Systems, Inc., solely as nominee for the Original Lender, a security interest in real property located at 2640 Vineyard Avenue, Los Angeles, CA 90016 (the "Property"). The Deed of Trust was recorded on December 14, 2007 as Instrument No.: 20072747703. A copy of the recorded Deed of Trust is attached as **Exhibit B.**

4. On or about December 18, 2018, the Deed of Trust was assigned to the Creditor pursuant to an Assignment of Deed of Trust. Copies of the recorded Assignments are attached as **Exhibit C.**

5. On or about July 29, 2010, Debtor, entered into an agreement to amend, modify, and/or supplement the terms of the Note and Mortgage ("Loan Modification Agreement"). A true and correct copy of the Loan Modification Agreement is attached hereto as **Exhibit "D".**

6. Creditor has not yet filed a proof of claim in this case as regards the Deed of Trust but intends to file one prior to the Proof of Claim filing deadline. The pre-petition arrears are approximately $45,682.86, and the principal balance owed is in the amount of $385,279.90. These amounts will be corrected and finalized with the breakdown of the pre-petition arrearage provided under the secured proof of claim.

7. On or about May 5, 2025, Debtor filed a Chapter 13 Plan (the "Plan"). *See* Docket No. 16. The Plan listed the arrears for the Creditor as $30,000.00. *Id.*

8. Creditor objects to confirmation of the Plan on the grounds that it does not provide for the adequate cure of pre-petition arrears on Creditor's secured claim pursuant to 11 USC §1322(b)(5) of the United States Bankruptcy Code. The Plan should be amended to include the proper amount of pre-petition arrears of $45,682.86. As the full value requirement of §1325(a)(5)(B)(ii) is mandatory, the Court cannot confirm a plan that does not comply with this requirement. *Barnes v. Barnes (In re Barnes), 32 F.3d 405, 407 (9th Cir. 1994).*

9. Creditor reserves the right to raise further objections at the time of the confirmation hearing.

**WHEREFORE**, Creditor respectfully requests that this Court deny confirmation of the Debtor's Chapter 13 Plan and for such other relief as the Court may deem just and proper.

Date: June 5, 2025                          Respectfully submitted,

                                            IDEA Law Group, PC

                                            By: /s/ Jacqueline D. Serrao
                                            Jacqueline D. Serrao, SBN 266389
                                            4530 S. Eastern Avenue – Suite 10
                                            Las Vegas, NV 89119
                                            Phone: 877-353-2146
                                            Email: jserrao@idealawgroupllc.com
                                            BNK@idealawgroupllc.com
                                            Attorney for Creditor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
4530 S. Eastern Ave. Ste 10, Las Vegas, NV 89119

A true and correct copy of the foregoing document entitled (*specify*): _____
OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6/5/2025_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Nancy K Curry (TR)    TrusteeECFMail@gmail.com
Christopher Giacinto     PLG@ecf.courtdrive.com, PLG@ecf.courtdrive.com
Benjamin Heston     bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
Genail Nemovi    ecfnotify@nemovilawgroup.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:
On (*date*) 6/5/2025_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Mark Anthony Cirillo
2640 Vineyard Ave
Los Angeles, CA 90016
Debtor

Judge's Copy:
Honorable Julia W. Brand
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1382 / Courtroom 1375
Los Angeles, CA 90012

☐ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/5/2025 | Meki Mataiumu | /s/ Meki Mataiumu |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE