Nancy Curry, Chapter 13 Trustee
1000 Wilshire Boulevard, Suite 870
Los Angeles, CA 90017
Tel: (213) 689-3014

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**  **CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION** | |
| IN RE:  CIRILLO, MARK ANTHONY | CASE NO. 2:25-bk-13281-WB  CHAPTER 13  **TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN UNDER 11 USC §§§1322, 1325 AND 1326; DECLARATION IN SUPPORT; NOTICE OF POSSIBLE DISMISSAL OR CONVERSION UNDER 11 USC §1307**  DATE: July 16, 2025  TIME: 10:00 AM  COURTROOM:   1375  255 East Temple Street  Los Angeles, CA 90012 |

The Chapter 13 Standing Trustee hereby objects to the confirmation of the proposed plan because the Debtor has failed to meet all necessary requirements as detailed in the attached declaration and supporting Exhibit A.

   THE FAILURE OF THE DEBTOR, OR THE ATTORNEY REPRESENTING THE DEBTOR, TO RESPOND TO THESE OBJECTIONS, APPEAR AT THE CONFIRMATION HEARING AND FAILURE TO PRESENT EVIDENCE THAT ALL REQUIRED PAYMENTS ARE CURRENT MAY RESULT IN DISMISSAL OR CONVERSION OF THE CASE.

Therefore, the Trustee respectfully requests that confirmation of the plan be denied and for such other relief as the Court may deem appropriate.

DATED:   June 18, 2025                                                                /s/ Nancy Curry
                                                                                                       Chapter 13 Standing Trustee

## **DECLARATION OF SEAN O'HAIR**

I, SEAN O'HAIR, declare as follows:

1.  Nancy Curry is the Chapter 13 Standing Trustee in this matter:

    CIRILLO, MARK ANTHONY, 2:25-bk-13281-WB

    I am employed by the Trustee as a staff attorney and am duly qualified to make this declaration. The Trustee has files and records kept by her office in the regular course of business. I have personally reviewed the files and records kept by her office in the within case. The following facts are true and correct within my own personal knowledge and I could and would testify competently thereto if called upon to do so.

2.  I object to the confirmation of the proposed Plan because of the specific deficiencies which are set forth in the attached Exhibit A which is incorporated herein by reference.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California on June 18, 2025.

DATED: June 18, 2025                                              /s/ Sean O'Hair
                                                                               Sean O'Hair

**Debtor**   Mark Anthony Cirillo                                        **Attorney**   Benjamin Heston
**Case No.**   2:25-bk-13281-WB                    CL5% 100                        §341(a) 06/05/2025

# EXHIBIT A

**The Trustee reserves the right to object to confirmation of the plan based on other issues that may arise at or before confirmation requiring additional action or information by the debtor and counsel. 11 U.S.C. §1302(b)(2).**

| **Feasibility** |
|---|
| The Plan is infeasible [11 USC §1325(a)(6)] because: <br><br> Presently known claim total exceeds amount plan provides: Santander Consumer USA Inc.; NewRez LLC |
| **Income** |
| The Debtor has failed to timely (7 days before the §341(a) debtor examination) provide: <br><br> Complete copies of Federal and State Income Tax Returns for the following years: 2023–2024 [11 USC §521(e)(2), LBR 3015-1(c)(3)]. |

**PROOF OF SERVICE DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

                1000 Wilshire Blvd., Suite 870
                Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (specify) **TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN UNDER 11 USC §§§1322, 1325 AND 1326; DECLARATION IN SUPPORT; NOTICE OF POSSIBLE DISMISSAL OR CONVERSION UNDER 11 USC §1307** will be served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>June 18, 2025</u>, I checked the CM/ECF document for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**2. <u>SERVED BY UNITED STATES MAIL</u>:**  On <u>June 18, 2025</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

    CIRILLO, MARK ANTHONY                    BENJAMIN HESTON

    2640 VINEYARD AVE                           3090 BRISTOL STREET #400
    LOS ANGELES, CA 90016                    COSTA MESA, CA 92626-

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u> (state method for each person or entity served):**  Pursuant to F.R.Civ.P.5 and/or controlling LBR, on <u>June 18, 2025</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission, and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

    Honorable Julia Brand
    U.S. Bankruptcy Court
    Bin outside of Suite 1382
    255 East Temple Street
    Los Angeles, CA 90012

I declare under penalty of perjury that the laws of the United States that the foregoing is true and correct.

    <u>June 18, 2025</u>                <u>Carlos Robles</u>                /s/ Carlos Robles
    Date                                 Type Name                    Signature