```
NANCY CURRY, CHAPTER 13 TRUSTEE
1000 WILSHIRE BLVD., SUITE 870
LOS ANGELES, CA  90017
(213) 689-3014
```

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) CHAPTER 13 |
| | ) |
| CIRILLO, MARK ANTHONY | ) CASE NO. 2:25-bk-13281-WB |
| | ) |
| | ) **NOTICE OF RESCHEDULED** |
| | ) **§341(a) MEETING OF CREDITORS** |
| | ) |
| | ) **New Date:   July 17, 2025** |
| | ) **Time:       11:00 AM** |
| | ) **Place:      VIDEO CONFERENCE** |
| Debtor | ) |

PLEASE TAKE NOTICE that the §341(a) meeting of creditors date in this case has been **rescheduled to July 17, 2025 at 11:00 AM.**

**Zoom information can be found on the UST website:**

**https://www.justice.gov/ust/ust-regions-r16/region-16-section-341-meetings-1**

DATED: June 25, 2025                                            /s/Nancy Curry

NTC Reset 341 – Video Conference

**PROOF OF SERVICE OF DOCUMENT**

In Re:   CIRILLO, MARK ANTHONY
         Case No. LA 2:25-bk-13281-WB

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

> NANCY CURRY, CHAPTER 13 TRUSTEE
> 1000 WILSHIRE BLVD., SUITE 870
> LOS ANGELES, CA  90017

The foregoing document described **as NOTICE OF RESCHEDULED §341(a) MEETING OF CREDITORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 25, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):  On June 25, 2025, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
CIRILLO, MARK ANTHONY
2640 VINEYARD AVE
LOS ANGELES, CA 90016

Attorney for Debtor
BENJAMIN HESTON
NEXUS BANKRUPTCY
3090 BRISTOL STREET #400
COSTA MESA, CA 92626-

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):  Pursuant to F.R. Civ.P.5 and/or controlling LBR, on June 25, 2025 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and /or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 25, 2025 | Elizet Cash-Shelton | /s/ Elizet Cash-Shelton |
|---|---|---|
| Date | Type Name | Signature |

NTC Reset 341 – Video Conference